IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mithun Banerjee

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Nationwide Recovery Service, INC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 20-CV-2751-PX
*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

FILED ___ ENTERED
LOGGED ___ RECEIVED

SEP 21 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

GREENBELT-NIGHT BOX
2020 SEP 21 PM 2:28
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Mithun Banerjee |
   | Street Address | 13119 Fernedge Road, |
   | City and County | Silver Spring, Montgomery County |
   | State and Zip Code | MD-20906 |
   | Telephone Number | 409-466-2431 |
   | E-mail Address | mithunbanerjee@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | NATIONWIDE RECOVERY SERVICE, INC. |
   | Job or Title (if known) | Resident Agent: COGENCY GLOBAL INC. |
   | Street Address | 1519 YORK ROAD, |
   | City and County | LUTHERVILLE, |
   | State and Zip Code | MD-21093. |
   | Telephone Number | |
   | E-mail Address (if known) | |

Defendant No. 2

    Name    _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

Defendant No. 3

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

Defendant No. 4

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. SS 1331. 1367. 1441. and 1446

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Mithun Banerjee, is a citizen of the State of *(name)* Maryland.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* NATIONWIDE RECOVERY SERVICE, INC., is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Plaintiff claims $2500 from Defendant because Defendant Reported Negative in Plaintiff's Credit Report about some charged, which Plaintiff never received those services. Plaintiff disputed the charges but Defendant was not willing to remove it from the Credit Report & shown negligence.

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant Reported Negative in Plaintiff's Credit Report about some charged, which Plaintiff never received those services. Plaintiff disputed the charges but Defendant was not willing to remove it from the Credit Report & shown negligence. The Defendant also violated Federal Credit Report Act as Defendant reported negatively to Plaintiff's Credit Report when Plaintiff never received those services. Plaintiff informed the defendant but defendant failed to act on it & never removed it from Plaintiff's Credit Report. This negative reporting effected Plaintiff's Credit Report & Credit Score negatively. Hence, Plaintiff requests $2500 as compensation for the loses. Defendant reported $1048 due in Plaintiff's Credit Report without any Judgement. Moreover, Plaintiff disputes the charge as Plaintiff never received the service for that amount, which was informed to the defendant as well but defendant failed to act & acted negligently.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff requests $2500 as compensation for the loses & request the defendant to remove the negative reporting from Plaintiff's Credit Report immediately.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/21/20 20

Signature of Plaintiff        *Mithun Banerjee*
Printed Name of Plaintiff    Mithun Banerjee

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
Email Address                _____