**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MITHUN BANERJEE

    Plaintiff

v.                                                                          CASE NO. 8:20-cv-02751-PX

NATIONWIDE RECOVERY SERVICE, INC.

    Defendant

_____/

MITHUN BANERJEE

    Plaintiff

v.                                                                          CASE NO. 8:21-cv-00463-PX

NATIONWIDE RECOVERY SERVICE, INC.

    Defendant

_____/

**ORDER**

UPON CONSIDERATION OF Defendant's Motion to Consolidate Cases, and any Opposition thereto, it is this 27th day of September , 2021,

**ORDERED**, that the Motion is hereby **GRANTED**, and it is further,

**ORDERED**, that Case No. 8:20-cv-02751-PX and Case No. 8:21-cv-00463-PX are **CONSOLIDATE** for all further proceedings, including trial.

_____
/S/
Judge PAULA XINIS
United States District Court

1